**GRANTED**
/s/ Terry L. Wooten June 26, 2012
TERRY L. WOOTEN
U. S. DISTRICT JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:11-2079 |
| | ) | |
| vs. | ) | |
| | ) | |
| WILLIAM DAVID LOCKLAIR, JR. | ) | |
| | ) | |

MOTION FOR ORDER OF DISMISSAL
OF FORFEITURE ALLEGATIONS

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully moves this court for the entry of an Order of Dismissal of Forfeiture Allegations as to WILLIAM DAVID LOCKLAIR, JR., who was previously sentenced on June 12, 2012.

Respectfully Submitted,

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By: s/ Stanley D. Ragsdale
STANLEY D. RAGSDALE # 3197
Assistant United States Attorney
Attorney for the United States
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000

June 19, 2012